**DISMISS; and Opinion Filed October 27, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01189-CV

### IN RE: THE COMMITMENT OF JOHN THOMAS ANDERSON

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CV1570001**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Fillmore, and Justice Brown
Opinion by Justice Brown

Because the timely filing of a notice of appeal is jurisdictional and the notice of appeal appellant filed appeared untimely, we directed appellant to file a letter brief addressing our concern. *See Garcia v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.—Houston [1st Dist.] 2007, no pet.). Appellant complied, agreeing his appeal is untimely. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Ada Brown/
ADA BROWN
JUSTICE

161189F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN RE: THE COMMITMENT OF JOHN
THOMAS ANDERSON

No. 05-16-01189-CV

On Appeal from the Criminal District Court
No. 5, Dallas County, Texas
Trial Court Cause No. CV1570001.
Opinion delivered by Justice Brown. Chief
Justice Wright and Justice Fillmore
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 27th day of October, 2016.